A. Raymond Hamrick, III (State Bar No. 93821)
aray@hamricklaw.com
George Knopfler (State Bar No. 094041)
gknopfler@hamricklaw.com
Charles C. Rainey (State Bar No. 140404)
crainey@hamricklaw.com
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Defendant
POW! ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN CELIA LEE, as Trustee for the Lee Family Survivor's Trust "A" Date October 12, 1985,<br><br>    Plaintiff,<br>v.<br><br>POW! ENTERTAINMENT, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, in their individual and official capacities,<br><br>    Defendants. | Case No.: 2:19-cv-08353 ODW (FFMx)<br><br>**DECLARATION OF A. RAYMOND HAMRICK, III, IN SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEY'S FEES**<br><br>Hon. Otis D. Wright, II<br><br>Hearing Date:  August 24, 2020<br>Time:          1:30 p.m.<br>Courtroom:     5-D<br><br>*[Filed concurrently with Defendant's Notice of Motion and Motion for Award of Attorney's Fees]* |

I, A. Raymond Hamrick, III, declare as follows:

1. I am the managing senior partner of Hamrick & Evans, LLP, counsel of record for Defendant POW! Entertainment, Inc. ("POW!" or "Defendant"), in the above-captioned matter. I have personal knowledge of the following facts and, if

-1-
**DECLARATION OF A. RAYMOND HAMRICK, III, IN SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEY'S FEES**

called as a witness, could and would testify competently to those facts. I submit this declaration in support of POW!'s Motion for Award of Attorneys' Fees.

2. On June 25, 2020, this Court issued its Order (ECF No. 46) granting POW!'s Motion for Sanctions against Plaintiff Joan Celia Lee ("Plaintiff") and her attorneys. (ECF No. 35, Mot. for Sanctions).

3. In granting POW!'s Motion for Sanctions, the Court expressly stated that "POW may file a motion for attorney's fees for its fees expended in bringing the second motion for sanctions no later than July 22, 2020." (ECF No. 46, pg. 19; bold emphasis omitted).

4. I am one of the attorneys who provided legal services on behalf of Defendant in this matter and, as the managing partner of Hamrick & Evans, LLP, am also familiar with the legal services performed and expenses incurred by Hamrick & Evans, LLP, in connection with that representation.

5. I was admitted to the State Bar of California in 1980, have been a practicing attorney in California since that time, and have more than thirty (30) years' experience handling complex business matters, including litigation involving alleged copyright violations, intellectual property disputes, and other entertainment industry related and associated claims.

6. My usual and customary fee for representing clients in both transactional and litigated matters with respect to these types of complex matters is $725.00 per hour, and this rate is the rate typically charged for my services in this type of matter.

7. In reviewing Hamrick & Evans, LLP's billing records for legal services I performed for Defendant in this matter, I have determined that I devoted 6.10 hours of my time totaling $4,422.50 in attorney's fees in connection with Defendant's Second Motion for Sanctions and Motion for Award of Attorney's Fees, which services were reasonable and necessary in obtaining the Rule 11

-2-
**DECLARATION OF A. RAYMOND HAMRICK, III, IN SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEY'S FEES**

sanctions award.

8. I have also reviewed Hamrick & Evans, LLP's billing records for legal services provided to Defendant in this matter by attorney George Knopfler, of counsel to Hamrick & Evans, LLP, Mr. Knopfler was admitted to the State Bar of California in 1980. He was the senior managing partner of Knopfler & Robertson before associating with Hamrick & Evans, LLP, in 2013, and has over thirty (30) years' experience handling sophisticated business matters, entertainment litigation, and serving as lead trial counsel in complex litigation.

9. Mr. Knopfler's usual and customary fee for representing clients in both transactional and litigated matters with respect to complex business claims is $725.00 per hour, and this rate is the rate typically charged for his services in this type of matter.

10. In reviewing Hamrick & Evans, LLP's billing records for legal services performed by Mr. Knopfler for Defendant in this matter, I have determined that he devoted 3.2 hours of his time totaling $2,320.00 in attorney's fees in connection with Defendant's Second Motion for Sanctions, which were reasonable and necessary in obtaining the Rule 11 sanctions award.

11. I have also reviewed Hamrick & Evans, LLP's billing records for legal services provided to Defendant in this matter by attorney Kenneth A. Hearn, a partner with Hamrick & Evans, LLP, Mr. Hearn was admitted to the State Bar of California in 1979, and has been a senior partner with Hamrick & Evans, LLP, since 2002. He has also handled complex business matters, including litigation involving alleged copyright violations, intellectual property disputes, and other entertainment industry related and associated claims, for more than fifteen (15) years.

12. Mr. Hearn's usual and customary fee for representing clients in litigated matters with respect to these types of complex matters is $600.00 per hour, and this rate is the rate typically charged for his services in this type of complex

entertainment matter.

13. In reviewing Hamrick & Evans, LLP's billing records for legal services performed by Mr. Hearn for Defendant in this matter, I have determined that he devoted 10.50 hours of his time totaling $6,300.00 in attorney's fees in connection with Defendant's Motion for Award of Attorney's Fees, which were reasonable and necessary in obtaining the Rule 11 Sanctions award.

14. I have also reviewed Hamrick & Evans, LLP's billing records for legal services provided to Defendant in this matter by attorney Charles C. Rainey, a partner with Hamrick & Evans, LLP, Mr. Rainey was admitted to the State Bars of Nevada in 2008, the District of Columbia Bar in 2009, the State Bars of California and New York in 2013, and the State Bar of Texas in 2014. He has also handled complex business matters, including litigation involving alleged copyright violations, intellectual property disputes, and other entertainment industry related and associated claims, for more than ten (10) years.

15. Mr. Rainey's usual and customary fee for representing clients in both transactional and litigated matters with respect to these types of complex matters is $600.00 per hour, and this rate is the rate typically charged for his services in this type of matter.

16. In reviewing Hamrick & Evans, LLP's billing records for legal services performed by Mr. Rainey for Defendant in this matter, I have determined that he devoted 22.40 hours of his time totaling $13,440.00 in attorney's fees in connection with Defendant's Second Motion for Sanctions and Motion for Award of Attorney's Fees, which services were reasonable and necessary in obtaining the Rule 11 Sanctions Award.

17. I have also reviewed Hamrick & Evans, LLP's billing records for legal services provided to Defendant in this matter by attorney Jaime A. Shepard, an associate with Hamrick & Evans, LLP, Mr. Shepard was admitted to the State Bar

-4-
**DECLARATION OF A. RAYMOND HAMRICK, III, IN SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEY'S FEES**

of California in 2018, and has handled complex business matters, including litigation involving alleged copyright violations, intellectual property, and other entertainment related and associated claims, since his admission to the bar.

18. Mr. Shepard's usual and customary fee for representing clients in both transactional and litigated matters with respect to these types of complex claims is $525.00 per hour, and this is the rate typically charged for his services in this type of matter.

19. In reviewing Hamrick & Evans, LLP's billing records for legal services performed by Mr. Shepard for Defendant in this matter, I have determined that he devoted 4.90 hours of his time totaling $2,572.50 in attorney's fees in connection with Defendant's Second Motion for Sanctions, which were reasonable and necessary in obtaining the Rule 11 Sanctions Award.

20. To date, the total sum of $29,055.00 in reasonable and necessary attorney's fees has been incurred by Defendant in connection with Hamrick & Evans, LLP's successful efforts to dismiss, with prejudice, Plaintiff's claims against Defendant and obtain sanctions against Plaintiff and her attorneys of record, as more fully set forth in this Court's Order (ECF No. 46), as well as those reasonable and necessary attorney's fees related to the preparation of Defendant's Motion for Award of Attorney's Fees filed concurrently herewith.

21. Attached hereto as Exhibit "A" is a true and correct copy of Hamrick & Evans, LLP's itemized Invoice for Professional Services, identifying all the legal services rendered to Defendant, the time spent for those services, and the amounts incurred for those services, in connection with Defendant's Second Motion for Sanctions and Motion for Award of Attorney's Fees, as well as reviewing a Motion for Reconsideration.

22. As such, POW! requests that this Court issue an Order awarding Defendant the sum of $29,055.00 against Plaintiff and her attorneys, jointly and

-5-
**DECLARATION OF A. RAYMOND HAMRICK, III, IN SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEY'S FEES**

severally, for attorney's fees incurred by Defendant in connection with its Second Motion for Sanctions and Motion for Award of Attorney's Fees.

23.   On behalf of Defendant, I also request leave of this Court to submit a Supplemental Declaration supporting any additional attorney's fees and costs incurred in connection with the preparation of the Motion for Award of Attorney's Fees, any Reply Brief, a potential opposition to the Motion for Reconsideration, and fees and expense incurred in connection with the hearing of the Motion for Award of Attorney's Fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2020, in Burbank, California.

_____
A. RAYMOND HAMRICK, III

# EXHIBIT "A"

## HAMRICK & EVANS, LLP
2600 WEST OLIVE AVENUE, SUITE 1020
BURBANK, CA 91505

FAX (818) 763-2308
PHONE (818) 763-5292

July 22, 2020

*Invoice submitted to:*

POW! Entertainment, Inc.
9440 S. Santa Monica Blvd., Suite 488
Beverly Hills, California 90210
Email: rachel.long@powentertainment.com

*In Reference To:*   J.C. Lee v. POW! Entertainment
Our File No.: 3761.03

*Invoice #*

Sample

| Date | | **PROFESSIONAL SERVICES** | **Hours** | **Rate (/hr)** | **Amount** |
|---|---|---|---|---|---|
| 03/20/2020 | CCR | Review and analyze First Amended Complaint filed by J.C. Lee against POW! and evaluate potential Rule 11 Motion. | 1.00 | $600 | $600.00 |
| 03/29/2020 | CCR | Analyze and review points and authorities regarding potential award of sanctions for potential Rule 11 violation and in support of Rule 11 Motion. | 0.50 | $600 | $300.00 |
| | CCR | Prepare Rule 11 meet and confer Letter to Plaintiff's counsel (1.6) | 1.60 | $600 | $960.00 |
| 04/15/2020 | CCR | Prepare Rule 11 Motion for Sanctions. | 1.90 | $600 | $1,140.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/2020 | CCR | Draft Request for Judicial Notice in support of Rule 11 Motion | 0.60 | $600 | $360.00 |
|  | CCR | Revise and edit Motion for Sanctions pursuant to Rule 11. | 2.20 | $600 | $1,320.00 |
| 05/02/2020 | ARH | Review Opposition to Rule 11 Motion for Sanctions. | 1.20 | $725 | $870.00 |
| 06/01/2020 | CCR | Review J.C. Lee Opposition to Rule 11 Motion for Sanctions. | 0.90 | $600 | $540.00 |
| 06/02/2020 | ARH | Review and evaluate issue regarding Reply to Opposition to Rule 11 Motion for Sanction (.6); Review Neville Johnson declaration in Opposition to Rule 11 Motion (.2) | 0.80 | $725 | $580.00 |
| 06/03/2020 | CCR | Outline arguments in reply to opposition to motion for sanctions. | 1.20 | $600 | $720.00 |
| 06/04/2020 | CCR | Prepare evidentiary objections to the declaration of Neville Johnson. | 0.60 | $600 | $360.00 |
|  | JAS | Review analyze previous ruling from trial and appellate courts in support of drafting outline of Reply in support of Rule 11 Motion. | 1.20 | $525 | $630.00 |
|  | JAS | Analyze argument in Opposition to Rule 11 Motion regarding severability of rights from employment agreement. | 0.80 | $525 | $420.00 |
| 06/05/2020 | JAS | Draft Reply in support of Rule 11 Motion against JC Lee | 1.20 | $525 | $630.00 |
| 06/07/2020 | CCR | Revise and supplement Reply to Opposition to Rule 11 motion for sanctions. | 2.80 | $600 | $1,680.00 |
|  | JAS | Continue to draft Reply to Rule 11 Motion for Sanctions Reply regarding same claims of res judicata in litigation against JC Lee | 1.70 | $525 | $892.50 |
| 06/14/2020 | CCR | Review all prior cases and decisions between POW! and Stan Lee Entertainment and relevant rulings in preparation for Hearing regarding Rule | 2.80 | $600 | $1,680.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | 11 Motion for Sanction. | | | |
| 06/17/2020 | ARH | Review correspondence from Court regarding Hearing (.1) | 0.10 | $725 | $72.50 |
| 06/18/2020 | GK | Review all prior cases and rulings between POW! and Stan Lee Entertainment in preparation for Hearing regarding Rule 11 Motion for Sanctions. | 1.90 | $725 | $1,377.50 |
| 06/22/2020 | CCR | Prepare documents and review arguments in preparation for hearing regarding Rule 11 Motion for Sanctions. | 1.80 | $600 | $1,080.00 |
| | CCR | Travel to and from Hearing regarding Motion for Rule 11 Sanctions and Motion to Dismiss (2.0); Attend Hearing regarding Rule 11 Motion for Sanctions (1.3) | 3.30 | $600 | $1,980.00 |
| | GK | Attend Hearing regarding Rule 11 Motion for Sanctions. | 1.30 | $725 | $942.50 |
| 06/25/2020 | ARH | Review and evaluate ruling regarding Motion for Rule 11 Sanctions. | 0.50 | $725 | $362.50 |
| | CCR | Evaluate court's order granting Motion for Rule 11 Sanctions (.6) | 0.60 | $600 | $360.00 |
| 06/29/2020 | KAH | Begin review, evaluation and analysis of legal authorities supporting POW!'s proposed Motion for Award of Attorney's fees, including relevant decisions in Central District, and prepare memorandum of cases for reference/use in motion. | 2.30 | $600 | $1,380.00 |
| | KAH | Continue with evaluation and analysis of legal authorities supporting POW!'s proposed Motion for Award of Attorney's fees. | 2.70 | $600 | $1,620.00 |
| 06/30/2020 | KAH | Begin drafting POW!'s Motion for Attorney's Fees. | 3.90 | $600 | $2,340.00 |
| 07/02/2020 | ARH | Review and itemize time spent on Rule 11 Motion (.5); Revise and supplement Motion for Attorney's fees (1.0) | 1.50 | $725 | $1,087.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/2020 | ARH | Review and evaluate motion for reconsideration (.4); Review correspondence regarding motion for reconsideration (.2) | 0.60 | $725 | $435.00 |
| 07/09/2020 | ARH | Continue to itemize bills in support of motion for attorney's fees. | 0.60 | $725 | $435.00 |
| 07/13/2020 | ARH | Continue revisions and supplementation of Rule 11 Motion for Attorney's fees. | 0.80 | $725 | $580.00 |
| 07/20/2020 | KAH | Draft Declaration of Counsel in Support of Defendant's Motion for Award of Attorneys' Fees, with reference to hours billed and spent by all counsel providing services to Defendant in connection with its Second Motion for Sanctions against Plaintiff. | 1.60 | $600 | $960.00 |
| 07/21/2020 | CCR | Review, revise and approve proposed motion for attorneys' fees in federal case against JC Lee (.6) | 0.60 | $600 | $360.00 |

**For Professional services billed**        47.10        $29,055.00

**Net Balance Due**

**$29,055.00**

*For your convenience, Hamrick & Evans, LLP is now accepting payments by credit card. If you choose to submit a payment using this option, please contact our office to process a credit card authorization.*

TAX ID Number        95-4777220