**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| JOAN CELIA LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POW ENTERTAINMENT, INC., ET AL,<br><br>　　　　Defendants. | Case No. 2:19-cv-08353-ODW (FFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.
3. Plaintiff shall pay in the amount of **one million dollars** and holds her attorneys **JOINTLY and SEVERALLY** liable for **twenty-five percent** of the amount, or $250,000.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

August 12, 2020

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**